NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SARAH EMANUELE,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3047

---

Petition for review of an arbitrator's decision by Michael E. Zobrak.

---

## ON MOTION

---

## ORDER

Sarah Emanuele moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sarah Emanuele
     Lartease M. Tiffith, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK